UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   2:22-cv-00734-SB-PVC | Date:   March 11, 2022 |

| |
|---|
| Title:   *Joshua J. Withers v. Super Sharp Entertainment, LLC* |

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|
| Jennifer Graciano | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:**   **(IN CHAMBERS) Order to Show Cause re: Dismissal for Lack of Prosecution**

Generally, defendants other than the United States must answer the complaint within 21 days after service. *See* Fed. R. Civ. P. 12(a)(1). On February 11, 2022, Plaintiff filed proof that Defendant Super Sharp Entertainment, LLC was served on February 10, 2022. [Dkt. No. 8](). A responsive pleading was due on March 3, 2022. None has been filed, and Plaintiff has not sought entry of default or default judgment. Plaintiff is ordered to show cause, in writing, no later than **March 16, 2022**, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a) or for default judgment under Rule 55(b). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

Upon receipt of the remedies mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.