UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-00734-SB-PVC | Date: | April 26, 2022 |
|---|---|---|---|

| Title: | *Joshua J. Withers v. Super Sharp Entertainment, LLC.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause re: Dismissal for Lack of Prosecution**

Generally, defendants other than the United States must answer the complaint within 21 days after service. See Fed. R. Civ. P. 12(a)(1). On March 11, 2022, the Court issued an Order to show Cause re: Dismissal for Lack of Prosecution. Dkt. No. 13. On the same date, Plaintiff filed a Request for Entry of Default against Defendant Super Sharp Entertainment LLC. On March 14, 2022, the Clerk issued a Notice of Deficiency indicating deficiencies in the Proof of Service filed that impede the Clerk from entering Default. Dkt. No. 15. On April 20, 2022, Plaintiff filed a Proof of Service compliant with the Clerk's Notice of Deficiency, but he has not filed a renewed request for the Clerk to Enter Default. Plaintiff is ordered to show cause, in writing, no later than May 3, 2022, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of a renewed application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

| CV-90 (12/02) | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk JGR |
|---|---|---|

  Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

CV-90 (12/02)          **CIVIL MINUTES – GENERAL**        Initials of Deputy Clerk <u>JGR</u>

2